B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jones, Brad G** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Jones, Aileen** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Aileen Allado-Jones** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7731** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2057** |
| Street Address of Debtor (No. and Street, City, and State):<br>**9650 Cedarbrook Drive**<br>**Beverly Hills, CA**　　　　　ZIP Code **90210** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**9650 Cedarbrook Dr**<br>**Beverly Hills, CA**　　　　　ZIP Code **90210** |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business:<br>**Los Angeles** |
| Mailing Address of Debtor (if different from street address):<br>　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11　　of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13　☐ Chapter 15 Petition for Recognition<br>　　　　　　of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,　☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as　　business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information　　**\*\*\* Brad D. Porterfield 134060 \*\*\*** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jones, Brad G**<br>**Jones, Aileen** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** ___/s/ Brad D. Porterfield_____<br>     Signature of Attorney for Debtor(s)          (Date)<br>     **Brad D. Porterfield 134060** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____<br>
      (Name of landlord that obtained judgment)

      _____<br>
      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                  Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jones, Brad G**
**Jones, Aileen**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brad G Jones**
   Signature of Debtor  **Brad G Jones**

X **/s/ Aileen Jones**
   Signature of Joint Debtor **Aileen Jones**

   Telephone Number (If not represented by attorney)

   Date

#### Signature of Attorney*

X **/s/ Brad D. Porterfield**
   Signature of Attorney for Debtor(s)

   **Brad D. Porterfield 134060**
   Printed Name of Attorney for Debtor(s)

   **Law Offices of Brad D. Porterfield**
   Firm Name

   **535 N Puente**
   **Brea, CA 92821**
   Address

                          **Email: bdplaw@gmail.com**
   **(949) 458-7254  Fax: (949) 458-7250**
   Telephone Number

                          **134060**
   Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
   Signature of Authorized Individual

   Printed Name of Authorized Individual

   Title of Authorized Individual

   Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
   Signature of Foreign Representative

   Printed Name of Foreign Representative

   Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   Printed Name and title, if any, of Bankruptcy Petition Preparer

   Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

   Address

X

   Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Brad G Jones**
         **Aileen Jones**                                                    Case No._____

_____ ,
                                          Debtors      Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,019,059.00 | | |
| B - Personal Property | Yes | 3 | 21,750.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,219,600.66 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 14,052,292.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,327.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,750.00 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 5,040,809.00 | | |
| Total Liabilities | | | | 19,271,892.84 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Brad G Jones**
     **Aileen Jones**
                                                    , Debtors

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,327.17 |
| Average Expenses (from Schedule J, Line 18) | 8,750.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,904.66 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 157,185.46 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 14,052,292.18 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 14,209,477.64 |

B6A (Official Form 6A) (12/07)

In re  **Brad G Jones**                                                    Case No._____
       **Aileen Jones**
_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family home** <br> **Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210** | **Equitable interest** | **J** | **3,015,240.00** | **3,419,627.33** |
| **Single family home** <br> **Location:  3572 S. Pacific, Cannon Beach, OR 97110** | **Future interest** | **J** | **2,000,000.00** | **1,799,973.33** |
| **Raw Land - Victorville, CA** | **Equitable interest** | **C** | **3,819.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **5,019,059.00** | (Total of this page) |
| Total > | **5,019,059.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Brad G Jones**                                                    Case No._____
         **Aileen Jones**
                                                                    ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking Wells Fargo Encino, CA Accnt #5819** | J | 1,000.00 |
| | | **Checking Wells Fargo Bank Sherman Oaks, CA Accnt #5368** | J | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods and furnishings Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210** | J | 15,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc Collectibles Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210** | J | 2,000.00 |
| 6. Wearing apparel. | | **Misc. wearing apparel** | J | 500.00 |
| 7. Furs and jewelry. | | **Misc Jewelry Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210** | J | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Misc. hobby equipment Location: In possession** | J | 700.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >        **20,500.00**
                                                       (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Brad G Jones**                                             Case No. _____
       **Aileen Jones**
                                                              ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                          Sub-Total >           **0.00**
                                                     (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Brad G Jones**                                          Case No._____
         **Aileen Jones**
                                                    ,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **Misc. boating goods** **Location:  In possession** | J | **1,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. office equipment and supplies** **Location: In possession** | J | **250.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **1,250.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **21,750.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Brad G Jones**                                          Case No._____
       **Aileen Jones**
                                              _____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Raw Land - Victorville, CA | C.C.P. § 703.140(b)(5) | 3,819.00 | 3,819.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Personal Checking Wells Fargo Encino, CA Accnt #5819 | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Checking Wells Fargo Bank Sherman Oaks, CA Accnt #5368 | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| Misc. household goods and furnishings Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210 | C.C.P. § 703.140(b)(3) | 15,000.00 | 15,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc Collectibles Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210 | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Misc. wearing apparel | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Misc Jewelry Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210 | C.C.P. § 703.140(b)(4) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Misc. hobby equipment Location: In possession | C.C.P. § 703.140(b)(5) | 700.00 | 700.00 |
| **Boats, Motors and Accessories** | | | |
| Misc. boating goods Location: In possession | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Misc. office equipment and supplies Location: In possession | C.C.P. § 703.140(b)(5) | 250.00 | 250.00 |
| | Total: | 25,569.00 | 25,569.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Brad G Jones**                                                    Case No. _____
          **Aileen Jones**
_____ ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5988**<br><br>**Chase Mortgage**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | H | **Home Equity Line of Credit**<br><br>**Single family home**<br>**Location: 9650 Cedarbrook Drive,**<br>**Beverly Hills CA 90210**<br><br>Value $            3,015,240.00 | | | | 722,425.46 | 157,185.46 |
| Account No. **7793**<br><br>**CitiMortgage**<br>**PO Box 6006**<br>**The Lakes, NV 88901** | | J | **First Mortgage**<br><br>**Single family home**<br>**Location: 9650 Cedarbrook Drive,**<br>**Beverly Hills CA 90210**<br><br>Value $            3,015,240.00 | | | | 2,450,000.00 | 0.00 |
| Account No. **7707**<br><br>**Santa Barbara Trust**<br>**PO Box 60839**<br>**Thousand Oaks, CA 91360** | | C | **Deed of Trust**<br><br>**Single family home**<br>**Location: 9650 Cedarbrook Drive,**<br>**Beverly Hills CA 90210**<br><br>Value $            3,015,240.00 | | | | 247,201.87 | 0.00 |
| Account No. **1600**<br><br>**Santa Barbara Trust**<br>**PO Box 60839**<br>**Thousand Oaks, CA 91360** | | C | **Mortgage**<br><br>**Single family home**<br>**Location:  3572 S. Pacific, Cannon**<br>**Beach, OR 97110**<br><br>Value $            2,000,000.00 | | | | 1,799,973.33 | 0.00 |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 5,219,600.66 | 157,185.46 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 5,219,600.66 | 157,185.46 |

B6E (Official Form 6E) (4/10)

In re   **Brad G Jones**                                                                                      Case No._____
     **Aileen Jones**

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Brad G Jones**                                    Case No._____

         **Aileen Jones**

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4862**<br><br>**Accurate Medical Services**<br>**522 S Sepulveda Blvd**<br>**Los Angeles, CA 90049** | | | | C | Trade debt | | | | 102.47 |
| Account No. **2029**<br><br>**ADP Easypay**<br>**7000 Village Drive**<br>**Buena Park, CA 90621** | X | H | | | Trade debt | | | | 75.66 |
| Account No.<br><br>**Agoura Tree Service**<br>**2219 E Thousand Oaks Blvd**<br>**Unit 172**<br>**Thousand Oaks, CA 91362** | | | | C | Trade debt | | | | 1,775.00 |
| Account No. **8996**<br><br>**Alliant Law Group PC**<br>**2860 Zanker Road**<br>**Ste 105**<br>**San Jose, CA 95134** | X | H | | | Trade debt | | | | 466.99 |

\_\_22\_\_ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 2,420.12 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  S/N:DEMO-100405   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                          Case No._____
         **Aileen Jones**
                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6002** | | | | **Credit card purchases** | | | | |
| **American Express** **PO Box 0001** **Los Angeles, CA 90096** | X | C | | | | | | 34,982.27 |
| Account No. **7008** | | | | **Credit card purchases** | | | | |
| **American Express** **PO Box 0001** **Los Angeles, CA 90096** | X | H | | | | | | 62,433.61 |
| Account No. **5952** | | | | **Trade debt** **Medical Service Provider** | | | | |
| **Annette Gotleib MD** **8920 Wilshire Blvd** **Ste 545** **Beverly Hills, CA 90211** | | C | | | | | | 20.24 |
| Account No. **1899** | | | | **Trade debt** | | | | |
| **Anthem Blue Cross** **801 South Figueroa Street** **Los Angeles, CA 90017** | X | H | | | | | | 5,649.20 |
| Account No. **1592** | | | | **Trade debt** | | | | |
| **Astoria Builders Supply** **PO Box 1126** **Astoria, OR 97103** | | C | | | | | | 136.74 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**103,222.06**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                    Case No. _____
**Aileen Jones**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7515** | | | | Trade debt | | | | |
| **AT&T** **PO Box 49990** **Riverside, CA 92514** | X | H | | | | | | 94.82 |
| Account No. **2138** | | | | Trade debt | | | | |
| **AT&T** **PO Box 49990** **Riverside, CA 92514** | X | H | | | | | | 1,035.93 |
| Account No. **2003** | | | | Trade debt | | | | |
| **AXA Equitable Life Insurance** **PO Box 1047** **Charlotte, NC 28201** | X | H | | | | | | 737.55 |
| Account No. **5583** | | | | Credit card purchases | | | | |
| **Bank of America** **Alaska Air Visa** **PO Box 15019** **Wilmington, DE 19886** | | W | | | | | | 25,549.31 |
| Account No. **4299** | | | | Credit card purchases | | | | |
| **Bank of America** **2001 NE 46th Street** **Kansas City, MO 64116** | X | H | | | | | | 102,680.10 |

Sheet no. __**2**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **130,097.71**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                                                 Case No._____
    **Aileen Jones**
_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **2458**<br><br>**Bank of America**<br>**201 N Tryon Street**<br>**Charlotte, NC 28255** | | H | | | **Credit card purchases** | | | | **87,541.20** |
| Account No. **6841**<br><br>**Beverly Hills Orthopedic Group**<br>**120 S Spalding Drive**<br>**Ste 401**<br>**Beverly Hills, CA 90212** | | C | | | **Trade debt** | | | | **1,166.87** |
| Account No. **7373**<br><br>**Bloomingdales**<br>**PO Box 183083**<br>**Columbus, OH 43218** | | | W | | **Credit card purchases** | | | | **3,115.36** |
| Account No. **Woodcrest-Degan**<br><br>**Caine and Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** | | C | | | **Trade debt** | | | | **274.00** |
| Account No. **1121**<br><br>**Cedar Sanai Imaging Group**<br>**PO Box 4313**<br>**Woodland Hills, CA 91365** | | C | | | **Trade debt** | | | | **4.18** |

Sheet no. __**3**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
            (Total of this page)     **92,101.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                                    Case No._____
      **Aileen Jones**

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC<br>Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5586**<br><br>**Cedar Sanai Medical Group**<br>**PO Box 48954**<br>**Los Angeles, CA 90048** | C | | Trade debt | | | | 776.14 |
| Account No. **6911**<br><br>**Cedar Sanai Medical Group**<br>**PO Box 48954**<br>**Los Angeles, CA 90048** | C | | Trade debt | | | | 674.69 |
| Account No. **4029**<br><br>**Cedar Sanai Medical Group**<br>**PO Box 48954**<br>**Los Angeles, CA 90048** | C | | Trade debt | | | | 39.35 |
| Account No. **7685**<br><br>**Cedar Sanai Medical Group**<br>**PO Box 48954**<br>**Los Angeles, CA 90048** | C | | Trade debt | | | | 24.47 |
| Account No. **1243**<br><br>**Cedar Sanai Medical Group**<br>**PO Box 48954**<br>**Los Angeles, CA 90048** | C | | Trade debt | | | | 287.60 |

Sheet no. \_\_**4**\_\_ of \_\_**22**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
           (Total of this page)       **1,802.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brad G Jones**　　　　　　　　　　　　　　　　　　　　　　Case No._____
　　　　**Aileen Jones**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2065** <br><br> **Cedar Sanai Medical Group** <br> **PO Box 48954** <br> **Los Angeles, CA 90048** | C | | Trade debt | | | | 102.46 |
| Account No. **9565** <br><br> **Cedar Sanai Medical Group** <br> **PO Box 48954** <br> **Los Angeles, CA 90048** | C | | Trade debt | | | | 1,594.43 |
| Account No. <br><br> **Charles Hillest AD Law** <br> **PO Box 1065** <br> **Cannon Beach, OR 97110** | C | | Trade debt | | | | 2,937.26 |
| Account No. **9020** <br><br> **Charter Communications** <br> **PO Box 3427** <br> **Bloomington, IL 61702** | C | | Trade debt | | | | 245.06 |
| Account No. **5988** <br><br> **Chase Mortgage** <br> **3415 Vision Drive** <br> **Columbus, OH 43219** | | H | Home Equity Line of Credit on Surrendered/Foreclosed property located at 9650 Cedarbrook Drive, Beverly Hills, CA | | | | 157,185.46 |

| | | |
|---|---|---|
| Sheet no. _**5**_ of _**22**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 162,064.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Brad G Jones**                                                                    ase No. _____
        **Aileen Jones**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7399**<br><br>**Citi Cards**<br>**PO Box 688901**<br>**Des Moines, IA 50368** | | W | **Credit card purchases** | | | | 34,982.27 |
| Account No. **8645**<br><br>**Consultants for Pathology**<br>**4607 Lakeview Canyon Road**<br>**Ste 4**<br>**Westlake Village, CA 91361** | | C | **Trade debt** | | | | 6.57 |
| Account No.<br><br>**Daniel J Paletz Esq**<br>**Kermisch & Paletz LLP**<br>**4111 W Alameda Ave**<br>**Ste 504**<br>**Burbank, CA 91505** | | H | **Trade debt**<br>**Legal services regarding divorce** | | | | 100,000.00 |
| Account No. **5890**<br><br>**Equifax Info Services**<br>**5910 W Plan Pkwy**<br>**Ste 100**<br>**Plano, TX 75093** | X | H | **Trade debt** | | | | 4,460.30 |
| Account No. **3698**<br><br>**Farmers Insurance Company**<br>**PO Box 55126**<br>**Boston, MA 02050** | | C | **Trade debt**<br>**Auto insurance for repossessed/surrendered vehicle** | | | | 1,089.51 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140,538.65

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Brad G Jones**                                                    Case No. _____
       **Aileen Jones**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3991** <br><br> **Farmers Insurance Company** <br> **PO Box 55126** <br> **Boston, MA 02050** | C | | | Trade debt <br> **Auto Insurance for repossessed/surrendered vehicle** | | | | 122.85 |
| Account No. **4713** <br><br> **Fedex** <br> **PO Box 5471** <br> **Mount Laurel, NJ 08054** | X | H | | **Trade debt** | | | | 4,460.30 |
| Account No. **5319** <br><br> **General Anesthesia Specialists** <br> **PO Box 515108** <br> **Los Angeles, CA 90051** | C | | | **Trade debt** | | | | 156.75 |
| Account No. **0099** <br><br> **General Anesthesia Specialists** <br> **PO Box 515108** <br> **Los Angeles, CA 90051** | C | | | **Trade debt** | | | | 47.57 |
| Account No. **3926** <br><br> **GI Rubbish** <br> **Allied Interstate** <br> **31229 Cedar Valley Drive** <br> **Thousand Oaks, CA 91362** | C | | | **Trade debt** | | | | 230.48 |

Sheet no. __7__ of __22__ sheets attached to Schedule of                    Subtotal                   5,017.95
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                                    ase No. _____
         **Aileen Jones**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0141** | | | Trade debt | | | | |
| **Greenspace & Associates** **6345 Balboa Blvd** **Ste 355** **Encino, CA 91316** | | C | | | | | 2,990.00 |
| Account No. **4544** | | | Trade debt | | | | |
| **Hamburg Ka Ed Martin LLC** **1900 Avenue of the Stars** **Ste 1800** **Los Angeles, CA 90067** | | C | | | | | 22,475.43 |
| Account No. | | | Trade debt | | | | |
| **Hammer Appraisals Inc** **1603 Aviation Blvd** **Ste 4** **Redondo Beach, CA 90278** | X | H | | | | | 5,250.00 |
| Account No. **1232** | | | Trade debt | | | | |
| **Hilltop Cleaners** **16422 Ventura Blvd** **Encino, CA 91436** | | W | | | | | 2,150.26 |
| Account No. **2120** | | | Credit card services | | | | |
| **HSBC Card Services** **PO Box 17332** **Baltimore, MD 21297** | | C | | | | | 299.16 |

Sheet no. __**8**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,164.85**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brad G Jones**                                                Case No. _____
        **Aileen Jones**
                                                                ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2127** <br><br> **HSBC Retail Services** <br> **Costco** <br> **PO Box 4144** <br> **Carol Stream, IL 60197** | | W | Credit card purchases | | | | 268.98 |
| Account No. **R831** <br><br> **Iron Mountain** <br> **333 Earle Ovington Blvd** <br> **Ste 10** <br> **Uniondale, NY 11553** | X | H | Trade debt | | | | 1,000.00 |
| Account No. <br><br> **James De Groot** <br> **c/o Eric L Webb Esq** <br> **9157 W Sunset Blvd** <br> **Ste 310** <br> **West Hollywood, CA 90069** | X | J | Contract Investment | | | | 6,252,153.85 |
| Account No. **8131** <br><br> **JM & Associates** <br> **PO Box 957** <br> **West Covina, CA 91793** | X | H | Trade debt | | | | 4,500.00 |
| Account No. **4240** <br><br> **LA County Water Works** <br> **PO Box 512150** <br> **Los Angeles, CA 90051** | X | C | Trade debt | | | | 1,481.98 |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,259,404.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brad G Jones**                                                    Case No._____
       **Aileen Jones**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1770** | | | | | Trade debt | | | | |
| **LA County Water Works** **PO Box 512150** **Los Angeles, CA 90051** | | | C | | | | | | |
| | | | | | | | | | **174.96** |
| Account No. **9006** | | | | | 2008 **Property Taxes Due on Foreclosed Property** Location: 2274 PCH, Ste 401, Malibu | | | | |
| **Los Angeles County Tax Collector** **PO Box 54018** **Los Angeles, CA 90054** | | X | C | | | | | | |
| | | | | | | | | | **14,573.28** |
| Account No. **0308** | | | | | 2008 **Property Taxes Due on Foreclosed Property** Location: 2274 PCH, Ste 401, Malibu | | | | |
| **Los Angeles County Tax Collector** **PO Box 54018** **Los Angeles, CA 90054** | | X | C | | | | | | |
| | | | | | | | | | **54,624.25** |
| Account No. **9007** | | | | | 2008 **Property Taxes Due on Foreclosed Property** Location: 2274 PCH, Ste 401, Malibu | | | | |
| **Los Angeles County Tax Collector** **PO Box 54018** **Los Angeles, CA 90054** | | X | C | | | | | | |
| | | | | | | | | | **11,598.30** |
| Account No. **9005** | | | | | 2008 **Property Taxes Due on Foreclosed Property** Location: 2274 PCH, Ste 401, Malibu | | | | |
| **Los Angeles County Tax Collector** **PO Box 54018** **Los Angeles, CA 90054** | | X | C | | | | | | |
| | | | | | | | | | **11,593.62** |

Sheet no. __10__ of __22__ sheets attached to Schedule of                          Subtotal                 **92,564.41**
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                                          Case No._____
         **Aileen Jones**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7010** <br><br> **Los Angeles County Tax Collector** <br> **PO Box 54018** <br> **Los Angeles, CA 90054** | X | C | **2008** <br> **Property Taxes Due on Foreclosed Property** <br> **Location: 2274 PCH, Ste 401, Malibu** | | | | 3,442.93 |
| Account No. **9024** <br><br> **Los Angeles County Tax Collector** <br> **PO Box 54018** <br> **Los Angeles, CA 90054** | X | C | **2008** <br> **Property Taxes Due on Foreclosed Property** <br> **Location: 2274 PCH, Ste 401, Malibu** | | | | 1,024.24 |
| Account No. **9025** <br><br> **Los Angeles County Tax Collector** <br> **PO Box 54018** <br> **Los Angeles, CA 90054** | X | C | **2008** <br> **Property Taxes Due on Foreclosed Property** <br> **Location: 2274 PCH, Ste 401, Malibu** | | | | 1,021.48 |
| Account No. **9003** <br><br> **Los Angeles County Tax Collector** <br> **PO Box 54018** <br> **Los Angeles, CA 90054** | X | C | **2008** <br> **Property Taxes Due on Foreclosed Property** <br> **Location: 2274 PCH, Ste 401, Malibu** | | | | 52,570.30 |
| Account No. **1165** <br><br> **Lynn Heacox** <br> **Lands and Water** <br> **14872 Sunnycrest Lane** <br> **Huntington Beach, CA 92647** | | C | **Trade debt** | | | | 19,734.87 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,793.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                            Case No._____
         **Aileen Jones**
_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **900R** | | | Trade debt | | | | |
| **Major Appraisals** 6033 W Century Blvd Ste 340 Los Angeles, CA 90045 | X | H | | | | | 2,500.00 |
| Account No. **1474** | | | Trade debt | | | | |
| **Malibu Window Washing** PO Box 6161 Malibu, CA 90265 | | C | | | | | 475.00 |
| Account No. **4231** | | | Auto loan Repossessed | | | | |
| **Mercedes Benz Financial** PO Box 685 Roanoke, TX 76262 | | C | | | | | 31,801.54 |
| Account No. **2196** | | | Trade debt | | | | |
| **Meridith Baer & Associates** PO Box 49798 Los Angeles, CA 90049 | | C | | | | | 10,278.60 |
| Account No. **4395** | | | Trade debt | | | | |
| **Mink Radiology Imaging Medical Asoc** CMRE Financial 3075 E Imperial Hwy Ste 200 Brea, CA 92821 | | C | | | | | 492.20 |

Sheet no. __12__ of __22__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)        45,547.34

B6F (Official Form 6F) (12/07) - Cont.

In re **Brad G Jones**                                                    Case No._____
         **Aileen Jones**
                                                    _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Netjets Services Inc**<br>**4111 Bridgeway Ave.**<br>**Columbus, OH 43219** | X | H | **2008**<br>**Office Lease**<br>**Location: 9355 Wilshire Blvd, Beverly Hills, CA** | | | | 500,000.00 |
| Account No.<br><br>**North Shore Glass**<br>**89652 West Lake Acres Drive**<br>**Warrenton, OR 97146** | | C | Trade debt | | | | 245.00 |
| Account No.<br><br>**Offices of Charles Hillestad**<br>**PO Box 1065**<br>**Cannon Beach, OR 97110** | X | C | Trade debt | | | | 2,937.26 |
| Account No. **4731**<br><br>**Pacificare Dental**<br>**3110 Lake Center Drive**<br>**LC05 232**<br>**Santa Ana, CA 92704** | X | H | Trade debt | | | | 384.06 |
| Account No. **7167**<br><br>**Performance Systems Integrated Corp**<br>**7324 SW Durham Road**<br>**Portland, OR 97224** | | C | Trade debt | | | | 1,288.00 |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    504,854.32

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Brad G Jones**                                                  Case No._____
**Aileen Jones**
                                                                        ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2865** <br><br> **Pitney Bowes Global Financial** <br> **PO Box 856460** <br> **Louisville, KY 40285** | X | H | Trade debt | | | | 377.17 |
| Account No. **4311** <br><br> **Pitney Bowes Global Financial** <br> **PO Box 856460** <br> **Louisville, KY 40285** | X | H | Trade debt | | | | 1,058.91 |
| Account No. **8748** <br><br> **Pivot Group** <br> **150 S Glenoaks Blvd** <br> **Ste 9170** <br> **Burbank, CA 91502** | | C | Trade Debt<br>Mechanics Lein | | | | 3,394.80 |
| Account No. **6895** <br><br> **Porsche Financial Services** <br> **4343 Commerce Court** <br> **PO Box 4253** <br> **Lisle, IL 60532** | | C | Auto lease<br>Surrendered - 2006 Porsche 911 Cabriolet<br>Charge for Claim of Excess Wear & Tear | | | | 5,146.07 |
| Account No. **0331** <br><br> **Pro Build** <br> **3020 NE Willamette Drive** <br> **Olympia, WA 98516** | | C | Trade debt | | | | 2,744.87 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    12,721.82

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brad G Jones**                                              Case No._____
        **Aileen Jones**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4517** | | | Trade debt | | | | |
| **Pro Pest**<br>**12055 1/2 Burbank Blvd**<br>**Valley Village, CA 91607** | | C | | | | | 910.00 |
| Account No. | | | Personal loan | | | | |
| **Rachel Manley**<br>**4410 Overland Ave**<br>**Unit B**<br>**Culver City, CA 90230** | | H | | | | | 35,000.00 |
| Account No. | | | Investment contract | | | | |
| **Red Curb Investments LLC**<br>**1600 Cabrillo Ave**<br>**Torrance, CA 90501** | X | H | | | | | 2,900,000.00 |
| Account No. **5104** | | | Trade debt<br>Medical Service Provider | | | | |
| **Robert T Klapper**<br>**8245 Remmet Ave**<br>**Winnetka, CA 91306** | | C | | | | | 399.75 |
| Account No. **1188** | | | Trade debt | | | | |
| **Ryan Osburn Plumbing**<br>**33485 Old Pine Drive**<br>**Warrenton, OR 97146** | | C | | | | | 3,833.72 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,940,143.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                          Case No._____
        **Aileen Jones**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Samuel J Levin<br>Levin & Company Management Inc<br>11661 San Vicente Blvd<br>Ste 609<br>Los Angeles, CA 90049 | X | H | | | | | | | 1,000,000.00 |
| Account No. | | | | | Office lease<br>Surrendered in 2009 | | | | |
| Sea View Terrace LLC<br>22741 Pacific Coast Hwy<br>Ste 401<br>Malibu, CA 90265 | X | | | C | | | | | 61,098.84 |
| Account No. 0200 | | | | | Trade debt | | | | |
| Solomon and Solomon<br>Verizon<br>PO Box 15019<br>Albany, NY 12203 | X | H | | | | | | | 1,848.22 |
| Account No. 0733 | | | | | Trade debt | | | | |
| Sorensen Architects<br>22774 PCH<br>Malibu, CA 90265 | | | | C | | | | | 2,521.50 |
| Account No. 5418 | | | | | Trade debt | | | | |
| Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 | | | | C | | | | | 1,150.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,066,618.56**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brad G Jones**  
**Aileen Jones**  
_____,  
Debtors

Case No._____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7001** | | | | Trade debt | | | | |
| Southern California Gas Company PO Box C Monterey Park, CA 91756 | | C | | | | | | 109.75 |
| Account No. **0851** | | | | Trade debt | | | | |
| Sparklettes PO Box 5013 Hayward, CA 94540 | | C | | | | | | 770.74 |
| Account No. **6610** | | | | Trade debt | | | | |
| Sparklettes PO Box 5013 Hayward, CA 94540 | X | H | | | | | | 16.00 |
| Account No. **4273** | | | | Trade debt | | | | |
| St Johns Emergency Medicine c/o CMRE Financial Services Inc 3075 E Imperial Hwy Ste 200 Brea, CA 92821 | | C | | | | | | 247.49 |
| Account No. **6610** | | | | Trade debt | | | | |
| Staples PO Box 689020 Des Moines, IA 50368 | X | H | | | | | | 13,432.38 |
| Sheet no. __17__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 14,576.36 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brad G Jones**                                                     Case No._____
       **Aileen Jones**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6615** | | | Trade debt | | | | |
| **Staples** **PO Box 689020** **Des Moines, IA 50368** | X | J | | | | | 12,652.46 |
| Account No. | | | Trade debt Homeowners Insurance on Cannon Beach Property | | | | |
| **State Farm Insurance Co** **State Farm Bank** **PO Box 2326** **Bloomington, IL 67102** | | C | | | | | 624.96 |
| Account No. **1255** | | | Trade debt | | | | |
| **Steckbauer Wein Jaffe LLP** **333 South Hope Street** **Los Angeles, CA 90071** | | C | | | | | 7,625.39 |
| Account No. **JONBR** | | | Trade debt | | | | |
| **Stetina Brunda Garred & Bruker** **75 Enterprise** **Ste 250** **Aliso Viejo, CA 92656** | | C | | | | | 6,515.00 |
| Account No. | | | Personal loan | | | | |
| **Steven Ober** **324 N. Mansfield Ave** **Los Angeles, CA 90036** | | H | | | | | 550,000.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

577,417.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brad G Jones**                                                Case No._____
         **Aileen Jones**
                                                    _____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2638**<br><br>**Super Care**<br>**PO Box 33842**<br>**North Royalton, OH 44133** | | C | Trade debt<br>Medical Service Provider | | | | 8.77 |
| Account No. **SS Funding vs Zen Partners LLC**<br><br>**Surside Funding**<br>**1101 Dove Street**<br>**Ste 170**<br>**Newport Beach, CA 92660** | X | C | Deed of Trust - Foreclosed<br>Location: 33406 Pacific Coast Hwy, Malibu, CA 90265<br>Case No: BC430195 | | | | 1,395,000.00 |
| Account No. **0605**<br><br>**Sush Matsubara**<br>**3183 Bently Ave**<br>**Los Angeles, CA 90034** | | C | Trade debt | | | | 3,357.00 |
| Account No.<br><br>**Sweet & Septic**<br>**PO Box 67**<br>**Manzanita, OR 97130** | | C | Trade debt | | | | 136.29 |
| Account No. **3421**<br><br>**Telepacific**<br>**J L Russell & Associates LTD**<br>**13700 State Road**<br>**Ste 4**<br>**North Royalton, OH 44133** | X | H | Trade debt | | | | 4,012.43 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     1,402,514.49
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brad G Jones**          Case No. _____
       **Aileen Jones**

_____,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **The Chip**<br>**24152 Lyons Avenue**<br>**Ste 222**<br>**Newhall, CA 91321** | X | H | | | | | 847.50 |
| Account No. | | | Personal loan | | | | |
| **Theresa Rosen**<br>**923 Lily Court**<br>**Nipomo, CA 93444** | | H | | | | | 250,000.00 |
| Account No. **431** | | | Trade debt | | | | |
| **Tom Lewis Painting**<br>**34539 Hwy 26**<br>**Seaside, OR 97138** | | C | | | | | 4,938.47 |
| Account No. **8196** | | | Trade debt | | | | |
| **TTI**<br>**PO Box 371873**<br>**Pittsburgh, PA 15250** | X | H | | | | | 44.38 |
| Account No. **7722** | | | 10/2009<br>Trade debt | | | | |
| **UCLA Primary Care Network**<br>**PO Box 24DD5**<br>**Westwood Station**<br>**Los Angeles, CA 90095** | | C | | | | | 30.00 |

Sheet no. __**20**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **255,860.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brad G Jones**                                           Case No. _____
        **Aileen Jones**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2887** <br><br> **Union Bank of California** <br> **PO Box 512380** <br> **Los Angeles, CA 90051** | X | H | Business loan | | | | 3,092.22 |
| Account No. <br><br> **Union Bank of California** <br> **PO Box 512380** <br> **Los Angeles, CA 90051** | | J | Line of credit | | | | 100,000.00 |
| Account No. **2919** <br><br> **Union Bank of California** <br> **PO Box 512380** <br> **Los Angeles, CA 90051** | | C | Credit card purchases | | | | 426.42 |
| Account No. **0715** <br><br> **US Bank** <br> **425 Walnut Street** <br> **Cincinnati, OH 45202** | | C | Auto loan <br> Repossessed 2008 Mercedes Benz GL450 | | | | 17,744.09 |
| Account No. **4400** <br><br> **Verizon Wireless** <br> **PO Box 4001** <br> **Inglewood, CA 90301** | X | H | Trade debt | | | | 218.88 |

Sheet no. __21__ of __22__ sheets attached to Schedule of                    Subtotal                    121,481.61
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Brad G Jones**                                                    Case No._____
         **Aileen Jones**
                                                    _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1477** | | | | | Trade debt | | | | |
| **Verizon Wireless** **PO Box 4001** **Inglewood, CA 90301** | X | H | | | | | | | 318.73 |
| Account No. **1614** | | | | | Trade debt Medical Service Provider | | | | |
| **Victoria Paterno MD** **PO Box 980** **Santa Monica, CA 90406** | | | | C | | | | | 975.97 |
| Account No. **0283** | | | | | Trade debt | | | | |
| **Waste Management** **PO Box 940430** **Simi Valley, CA 93094** | X | | | C | | | | | 216.26 |
| Account No. **6547** | | | | | Trade debt | | | | |
| **Xerox Capital** **PO Box 660501** **Dallas, TX 75266** | X | H | | | | | | | 8,852.18 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __**22**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 10,363.14 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 14,052,292.18 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Brad G Jones**                                         Case No._____
        **Aileen Jones**

_____,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Netjets Services Inc**<br>**4111 Bridgeway Ave.**<br>**Columbus, OH 43219** | **Office lease**<br>**Location: 9355 Wilshire Blvd, Beverly Hills, CA**<br>**0% interest** |
| **Pitney Bowes Global Financial**<br>**PO Box 856460**<br>**Louisville, KY 40285** | **Equipment Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Brad G Jones**                                    Case No._____
         **Aileen Jones**      _____,
                                        Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Bank of America**<br>**2001 NE 46th Street**<br>**Kansas City, MO 64116** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **ADP Easypay**<br>**7000 Village Drive**<br>**Buena Park, CA 90621** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Alliant Law Group PC**<br>**2860 Zanker Road**<br>**Ste 105**<br>**San Jose, CA 95134** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Anthem Blue Cross**<br>**801 South Figueroa Street**<br>**Los Angeles, CA 90017** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **AT&T**<br>**PO Box 49990**<br>**Riverside, CA 92514** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **AT&T**<br>**PO Box 49990**<br>**Riverside, CA 92514** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **AXA Equitable Life Insurance**<br>**PO Box 1047**<br>**Charlotte, NC 28201** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Equifax Info Services**<br>**5910 W Plan Pkwy**<br>**Ste 100**<br>**Plano, TX 75093** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Fedex**<br>**PO Box 5471**<br>**Mount Laurel, NJ 08054** |

**4**

____ continuation sheets attached to Schedule of Codebtors

In re  **Brad G Jones**                                      Case No._____
       **Aileen Jones**
_____,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Hammer Appraisals Inc**<br>**1603 Aviation Blvd**<br>**Ste 4**<br>**Redondo Beach, CA 90278** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Iron Mountain**<br>**333 Earle Ovington Blvd**<br>**Ste 10**<br>**Uniondale, NY 11553** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **JM & Associates**<br>**PO Box 957**<br>**West Covina, CA 91793** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Major Appraisals**<br>**6033 W Century Blvd**<br>**Ste 340**<br>**Los Angeles, CA 90045** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Pacificare Dental**<br>**3110 Lake Center Drive**<br>**LC05 232**<br>**Santa Ana, CA 92704** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Pitney Bowes Global Financial**<br>**PO Box 856460**<br>**Louisville, KY 40285** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Pitney Bowes Global Financial**<br>**PO Box 856460**<br>**Louisville, KY 40285** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Solomon and Solomon**<br>**Verizon**<br>**PO Box 15019**<br>**Albany, NY 12203** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Sparklettes**<br>**PO Box 5013**<br>**Hayward, CA 94540** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Staples**<br>**PO Box 689020**<br>**Des Moines, IA 50368** |

Sheet  __1__  of  __4__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re   **Brad G Jones**                                  Case No._____

          **Aileen Jones**

                                        ,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Telepacific**<br>**J L Russell & Associates LTD**<br>**13700 State Road**<br>**Ste 4**<br>**North Royalton, OH 44133** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **The Chip**<br>**24152 Lyons Avenue**<br>**Ste 222**<br>**Newhall, CA 91321** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **TTI**<br>**PO Box 371873**<br>**Pittsburgh, PA 15250** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Union Bank of California**<br>**PO Box 512380**<br>**Los Angeles, CA 90051** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Verizon Wireless**<br>**PO Box 4001**<br>**Inglewood, CA 90301** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Verizon Wireless**<br>**PO Box 4001**<br>**Inglewood, CA 90301** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Xerox Capital**<br>**PO Box 660501**<br>**Dallas, TX 75266** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Red Curb Investments LLC**<br>**1600 Cabrillo Ave**<br>**Torrance, CA 90501** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Samuel J Levin**<br>**Levin & Company Management Inc**<br>**11661 San Vicente Blvd**<br>**Ste 609**<br>**Los Angeles, CA 90049** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |

Sheet  **2**  of  **4**  continuation sheets attached to the Schedule of Codebtors

In re  **Brad G Jones**                                         Case No._____
      **Aileen Jones**

_____,
                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Netjets Services Inc**<br>**4111 Bridgeway Ave.**<br>**Columbus, OH 43219** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Staples**<br>**PO Box 689020**<br>**Des Moines, IA 50368** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **Offices of Charles Hillestad**<br>**PO Box 1065**<br>**Cannon Beach, OR 97110** |
| **Beverly Hills Financial Group**<br>**9355 Wilshire Blvd**<br>**Ste 101**<br>**Beverly Hills, CA 90210** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Jones Mountain Resort LLC**<br>**9650 Cedarbrook Drive**<br>**Beverly Hills, CA 90210** | **James De Groot**<br>**c/o Eric L Webb Esq**<br>**9157 W Sunset Blvd**<br>**Ste 310**<br>**West Hollywood, CA 90069** |
| **Mar Y Arena LLC**<br>**22741 Pacific Coast Hwy**<br>**Ste 401**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |
| **Mar Y Arena LLC**<br>**22741 Pacific Coast Hwy**<br>**Ste 401**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Surside Funding**<br>**1101 Dove Street**<br>**Ste 170**<br>**Newport Beach, CA 92660** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Sea View Terrace LLC**<br>**22741 Pacific Coast Hwy**<br>**Ste 401**<br>**Malibu, CA 90265** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Waste Management**<br>**PO Box 940430**<br>**Simi Valley, CA 93094** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **LA County Water Works**<br>**PO Box 512150**<br>**Los Angeles, CA 90051** |

Sheet __**3**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

In re    **Brad G Jones**                                          Case No.

           **Aileen Jones**

Debtors ,

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |
| **Zen Partners LLC**<br>**33406 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Brad G Jones**
**Aileen Jones**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son**<br>**Daughter** | AGE(S):<br>**14**<br>**4**<br>**6**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mortgage Banker** | **Investment Analyst** |
| Name of Employer | **Wells Fargo Bank** | **TREO Acquisitions, LLC** |
| How long employed | **8 months** | **6 weeks** |
| Address of Employer | **431 N Canon Drive**<br>**Beverly Hills, CA 90210** | **11620 Wilshire Blvd**<br>**10th Floor**<br>**Los Angeles, CA 90025** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **4,120.00** | $ **1,200.00** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | | $ **4,120.00** | $ **1,200.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **993.88** | $ **0.00** |
| b. Insurance | | $ **723.18** | $ **0.00** |
| c. Union dues | | $ **0.00** | $ **0.00** |
| d. Other (Specify): **Child Support** | | $ **1,560.06** | $ **0.00** |
| **Misc. Company and Marketing Fees** | | $ **128.71** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **3,405.83** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **714.17** | $ **1,200.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **0.00** |
| 8. Income from real property | | $ **2,413.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **2,413.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **3,127.17** | $ **1,200.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **4,327.17** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Brad G Jones**                                          Case No. _____
         **Aileen Jones**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 5,000.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | | |
| b. Is property insurance included? | Yes ___   No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 500.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 450.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 900.00 |
| 5. Clothing | | $ | 350.00 |
| 6. Laundry and dry cleaning | | $ | 75.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 475.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 200.00 |
| d. Auto | | $ | 500.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other    **Child care** | | $ | 150.00 |
| Other _____ | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $     8,750.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | | $ | 4,327.17 |
| b.   Average monthly expenses from Line 18 above | | $ | 8,750.00 |
| c.   Monthly net income (a. minus b.) | | $ | -4,422.83 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Brad G Jones**
      **Aileen Jones**
_____    Case No. _____

                             Debtor(s)    Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **40**   
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature    **/s/ Brad G Jones**
                                              **Brad G Jones**
                                              Debtor

Date _____      Signature    **/s/ Aileen Jones**
                                              **Aileen Jones**
                                              Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B22A (Official Form 22A) (Chapter 7) (04/10)

| | |
|---|---|
| In re  **Brad G Jones**<br>**Aileen Jones** | According to the information required to be entered on this statement<br>(check one box as directed in Part I, III, or VI of this statement):<br><br>☐ **The presumption arises.**<br><br>☐ **The presumption does not arise.**<br><br>☐ **The presumption is temporarily inapplicable.** |
| Debtor(s) | |
| Case Number: | |
| (If known) | |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.  Unless the exclusion in Line 1C applies, joint debtors may complete a single statement.  If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>            ☐ I remain on active duty /or/<br>            ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>            OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 6,291.66 | $ 1,200.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. Gross receipts | $ 0.00 | $ |<br>| b. Ordinary and necessary business expenses | $ 0.00 | $ 0.00 |<br>| c. Business income | Subtract Line b from Line a | | | $ 0.00 | $ 0.00 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. Gross receipts | $ 2,413.00 | $ 0.00 |<br>| b. Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 |<br>| c. Rent and other real property income | Subtract Line b from Line a | | | $ 2,413.00 | $ 0.00 |
| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. | $ | $ |<br>| b. | $ | $ |<br>Total and enter on Line 10 | $ 0.00 | $ 0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 8,704.66 | $ 1,200.00 |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                    3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **9,904.66** |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **118,855.92** |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence:    **CA**    b. Enter debtor's household size:    **6** | $ | **94,194.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.  ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.  ■ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ | **9,904.66** |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. |  |  |

|  | a. |  | $ |  |
|  | b. |  | $ |  |
|  | c. |  | $ |  |
|  | d. |  | $ |  |
|  | Total and enter on Line 17 |  | $ | **0.00** |

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ | **9,904.66** |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **1,895.00** |
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |  |  |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. Allowance per member | **60** | a2. Allowance per member | **144** |
| b1. Number of members | **6** | b2. Number of members | **0** |
| c1. Subtotal | **360.00** | c2. Subtotal | **0.00** |

with total **$ 360.00** for Line 19B

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **658.00** |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $                    1,835.00 |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $                        0.00 |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ | 1,835.00 |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ | 0.00 |
|---|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0   ■ 1   ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 283.00 |
|---|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 0.00 |
|---|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ■ 1   ☐ 2 or more. Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $                      496.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $                        0.00 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ | 496.00 |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $                        0.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $                        0.00 |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ | 0.00 |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | 2,070.80 |
|---|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | 0.00 |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                5

| | | | |
|---|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | 0.00 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | 2,000.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | 150.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 450.00 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | 10,197.80 |

<table>
<tr><td colspan="4" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 19-32</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td><td>723.18</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td><td>0.00</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td><td>0.00</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $_____ | $ | 723.18 |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | 0.00 |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 591.68 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to casses commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                                6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **69.00** |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | **50.00** |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | **1,433.86** |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | **-NONE-** | | $ | ☐yes ☐no |
| | | | Total: Add Lines | |

| | | | | | $ | **0.00** |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | **-NONE-** | | $ |
| | | | Total: Add Lines |

| | | | | $ | **0.00** |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ | **0.00** |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |

| 45 | a. | Projected average monthly Chapter 13 plan payment. | $ | **0.00** | | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | **10.00** | | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | | $ | **0.00** |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ | **0.00** |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | **11,631.66** |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | **9,904.66** |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | **11,631.66** |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | **-1,727.00** |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | **-103,620.00** |

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $7,025***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**  Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date: _____     Signature:  **/s/ Brad G Jones** _____<br>                                                        **Brad G Jones**<br>                                                             *(Debtor)*<br><br>Date: _____     Signature  **/s/ Aileen Jones** _____<br>                                                        **Aileen Jones**<br>                                                        *(Joint Debtor, if any)* |

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.