B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

In re **Brad G Jones**
     **Aileen Jones**
                                           Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **Chase Mortgage** | **Describe Property Securing Debt:** <br> **Single family home** <br> **Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210** |
|---|---|

Property will be (check one):
   ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt              ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **CitiMortgage** | **Describe Property Securing Debt:** <br> **Single family home** <br> **Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210** |
|---|---|

Property will be (check one):
   ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Santa Barbara Trust** | **Describe Property Securing Debt:**<br>**Single family home**<br>**Location: 9650 Cedarbrook Drive, Beverly Hills CA 90210** |

Property will be (check one):
 ■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Santa Barbara Trust** | **Describe Property Securing Debt:**<br>**Single family home**<br>**Location:  3572 S. Pacific, Cannon Beach, OR 97110** |

Property will be (check one):
 ■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Netjets Services Inc** | **Describe Leased Property:**<br>**Office lease**<br>**Location: 9355 Wilshire Blvd, Beverly Hills, CA**<br>**0% interest** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Pitney Bowes Global Financial** | **Describe Leased Property:**<br>**Equipment Lease** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ■ NO |

B8 (Form 8) (12/08)                                                           Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _____  Signature  **/s/ Brad G Jones**
                                                                  **Brad G Jones**
                                                                   Debtor

Date _____  Signature  **/s/ Aileen Jones**
                                                                   **Aileen Jones**
                                                                   Joint Debtor