FOR COURT USE ONLY

**FILED & ENTERED**

**JUN 29 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY beaucham DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Brad G Jones,
Aileen Jones

David Gill

Debtor(s).

Trustee.

| | |
|---|---|
| CHAPTER: | 7 |
| CASE NO.: | 2:10-bk-26841-BB |
| DATE: | June 29, 2010 |
| TIME: | 10:00 AM |
| CTRM: | 1475 |
| FLOOR: | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT:   Santa Barbara Bank & Trust )

1. The Motion was:  ☐ Contested  ☒ Uncontested  ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):
   *Street Address:*     3572 Ocean (3572 S. Pacific) Ave.
   *Apartment/Suite No.:*
   *City, State, Zip Code:*  Cannon Beach, OR 97110

   Legal description or document recording number (including county of recording): # 200704872; Clatstop County, OR

   ☐ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.  ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c.  ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable
   non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a
   Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*

**F 4001-1O.RP**

| In Re        (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| Brad G Jones | | |
| Aileen Jones | Debtor(s) | CASE NO: 2:10-bk-26841-BB |

6.  ☐ Movant shall not conduct a foreclosure sale before the following date (*specify)*:

7.  ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8.  ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9.  The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:
    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.
    ☐ multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:
    a.  ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b.  ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c.  ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d.  ☐ See attached continuation page for additional provisions.

Dated:   06/29/2010

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                 **F 4001-1O.RP**